**TANENBAUM, Respondent, v. GOODMAN et al., Appellants.** (Supreme Court, Appellate Division, Third Department. September, 1899.) Action by Moses Tanenbaum against Isaac Goodman and others. No opinion. Order affirmed, with $10. costs and disbursements.

**TANENBAUM v. ROSENTHAL.** (Supreme Court, Appellate Division, First Department. January 19, 1900.) Action by Moses Tanenbaum against Harry Rosenthal. No opinion. Motion denied, with $10 costs. See 60 N. Y. Supp. 1092.

**TENOZA, Respondent, v. PELHAM HOD-ELEVATING CO., Appellant.** (Supreme Court, Appellate Division, Second Department. February 6, 1900.) Action by Annie Tenoza, as administratrix, etc., against the Pelham Hod-Elevating Company (improperly sued as the Pelham Hod-Elevator Company). No opinion. Application for stay of proceedings pending appeal granted.

**TERRIFF, Appellant, v. INTERNATIONAL HOTEL CO., Respondent.** (Supreme Court, Appellate Division, Fourth Department. February 6, 1900.) Action by Catharine Terriff against the International Hotel Company. No opinion. Plaintiff's exceptions overruled, and motion for a new trial denied, with costs, and judgment ordered for the defendant, with costs.

**THOMAS v. SCHUMACHER et al.** (Supreme Court, Appellate Division, First Department. February 16, 1900.) Action by Landon A. Thomas against Charles Schumacher and others. No opinion. Motion denied, with $10 costs. See 45 N. Y. Supp. 166.

**THORN, Appellant, v. DONNOCKER, Respondent.** (Supreme Court, Appellate Division, Fourth Department. February 16, 1900.) Action by Frank M. Thorn against A. N. Donnocker. No opinion. Judgment affirmed, with costs.

**TOBIAS v. WIERCK et al.** (Supreme Court, Appellate Division, First Department. January 12, 1900.) Action by Francis J. Tobias against John P. Wierck and others. No opinion. Motion granted, upon payment of $10 costs and all pending disbursements caused by amendment of order, and, if appeal withdrawn, on payment of all costs and disbursements of appeal. See 52 N. Y. Supp. 312.

In re **TOMPKINS.** (Supreme Court, Appellate Division, First Department. January 12, 1900.) In the matter of Jennie M. Tompkins. J. E. Chandler, for appellant. R. T. Greene, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.